The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>JOLYNN MAY　　　　　　　　 )<br>　　　　　　　　　　　　　　　)<br>　　　　　　Defendant. )<br>_____ ) | CASE NO. CR11-5073 BHS<br><br>ORDER SEALING ATTACHMENT C TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE PENDING APPEAL |

Based upon the motion of the United States, and the representation made therein, it is HEREBY ORDERED that

Attachment C to the Government's Opposition to Defendant's Motion for Release Pending Appeal be FILED UNDER SEAL.

IT IS SO ORDERED.

DATED this 10th day of February, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

Order Sealing Attachment C - 1
*United States v. Jolynn May CR11-5073 BHS,*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970